IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHNATHAN WENDELL WARD,           )
                                  )
             Plaintiff,           )
                                  )
    v.                            )
                                  )    1:25-cv-749
HENRY S. NORDAN, III, STEPHEN     )
R. HOLCOMB, YOLANDA M. GAUSE,     )
and TOBY C. MYRICK,               )
                                  )
             Defendants.          )

### ORDER

On August 28, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing new Complaints, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                                                             /s/ William L. Osteen, Jr.
                                                             United States District Judge